■ LISA MAURICE, Appellant, v ADRIENNE MAHON et al., Defendants, and CHARLIE BROWN'S OF EDISON, INC., et al., Respondents. [658 NYS2d 856] —Order, Supreme Court, New York County (Stephen Crane, J.), entered June 25, 1996, unanimously affirmed for the reasons stated by Crane, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Ellerin, Rubin, Williams and Andrias, JJ.